**Opinion issued August 3, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00296-CV**

———————————

**IN RE SIMON STEPHEN, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

On April 18, 2023, relator Simon Stephen filed a petition for writ of mandamus complaining of the trial court's failure to rule on his motion for summary judgment filed more than six months ago.[1]  On May 2, 2023, real party in interest YSKJS LLC filed a motion to dismiss this proceeding, asserting that the trial court

---

[1]  The underlying case is *Simon Stephen v. YSKJS LLC*, cause number 2022-29590, pending in the 165th District Court of Harris County, Texas, the Honorable Ursula Hall presiding.

signed an order on April 19, 2023, denying relator's motion for summary judgment, and arguing that this proceeding is now moot. On May 4, 2023, relator filed a response stating that he did not oppose dismissal based on mootness.

"A case becomes moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome." *In re Sierra Club*, 420 S.W.3d 153, 156 (Tex. App.—El Paso 2012, no pet.). When a relator seeks mandamus relief to compel the trial court to rule on a motion and the trial court subsequently rules on that motion, the mandamus proceeding is rendered moot. *See In re Fuller*, Nos. 05-21-01124-CV & 05-21-01125-CV, 2022 WL 1164654, at *1 (Tex. App.—Dallas Apr. 20, 2022, orig. proceeding).

Real party has included with its motion to dismiss a copy of the trial court's April 19, 2023 order denying relator's motion for summary judgment. Because the trial court has ruled on the motion for summary judgment, relator has received the relief he is requesting by mandamus in this case. Accordingly, the mandamus proceeding has been rendered moot.

We grant real party's motion and dismiss this proceeding. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

2